IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THREE PIT BULL-TYPE DOGS SEIZED FROM 105 KUWE TRAIL, GUYTON, GEORGIA,<br><br>　　　　Defendant. | CIVIL ACTION NO.: 4:23-cv-158 |

**O R D E R**

Before the Court is the Magistrate Judge's January 26, 2024 Report and Recommendation, (doc. 17), to which no objections have been filed. After a careful *de novo* review of the entire record, the Court agrees with the Magistrate Judge's recommendation. The Court, therefore, **ADOPTS** the Report and Recommendation, (doc. 17), as its opinion and **GRANTS** the Government's Motion to Strike Amended Answer, Affirmative Defenses, and Counter Claim Filed by Claimant Perry Powell, or in the Alternative, Dismiss Claimant Perry Powell's Counterclaim, (doc. 11). The Court **STRIKES** Claimant Perry Powell's Amended Answer, Affirmative Defenses, and Counterclaim, (doc. 10).

**SO ORDERED**, this 21st day of February, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA