IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY THREE PIT BULL-TYPE DOGS SEIZED FROM 105 KUWE TRAIL, GUYTON, GEORGIA,<br><br>    Defendants. | CIVIL ACTION NO.: 4:23-cv-158 |

**DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

Plaintiff, the United States of America, has moved this Court, pursuant to Federal Rule of Civil Procedure 55, for the entry of a Default Judgment and Final Order of Forfeiture against the following three pit bull-type dogs seized from 105 Kuwe Trail in Guyton, Georgia:

    i.    USM-1248: a black with white female pit bull-type dog,

    ii.    USM-1251: a black with white male pit bull-type dog, and

    iii.    USMS 1252: a think black with white male pit bill-type dog,

(hereinafter, the "Defendant Dogs") seized on or about March 30, 2023.  The Defendant Dogs were found in various stages of malnourishment, with extensive scarring, and with signs of abuse and evidence of the dogs having been used in dog fighting.  In addition to the physical injuries to the Defendant Dogs, there were also a number of items commonly associated with illegal dog fighting operation at the seizure locations.  The Defendant Dogs are being cared for by a contractor who is providing the dogs with access to veterinary and rehabilitation services.

Perry Powell and Brian Nelson were associated with this property and therefore all received direct notice of the United States' intent to forfeit the Defendant Dogs. Other than Perry Powell, who filed an unverified claim that has been stricken from this matter, (doc. 10), none of the aforementioned individuals, nor any other person or entity has filed a claim or an answer or otherwise appeared in this action within the time period permitted by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States has shown that there was reasonable cause to seize the Defendant Dogs; that a Verified Civil Complaint for Forfeiture *in Rem* was filed pursuant to 7 U.S.C. § 2156, as animals involved in a violation of the federal animal fighting venture prohibition codified at 7 U.S.C. § 2156.

All potential claimants have been served with notice of the seizure and possible forfeiture of the property, either by mail or publication pursuant to Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

As reflected by the record in this case, all persons and entities having interest in the Defendant Dogs have failed to file a legally sufficient claim or answer or otherwise appear in the action. No person with standing is before the Court with cause to show why judgment by default should not be granted to the United States of America and against the Defendant Dogs. Furthermore, no person with standing is before the Court to object to the United States' Motion for Default Judgment and Final Order of Forfeiture.

Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The United States' Motion for Default Judgment and Final Order of Forfeiture is **GRANTED**;

2. The Defendant Dogs are hereby forfeited to the United States of America, and all right, title, claim and interest to the Defendant Dogs by Perry Powell and Brian Nelson, their heirs, successors and assigns, and all other persons and entities are vested in the United States of America;

3. Perry Powell and Brian Nelson, their heirs, successors and assigns, and all other persons and entities are forever barred from asserting a claim against the Defendant Dogs; and

4. The Clerk is hereby directed to enter judgment pursuant Rule 58 of the Federal Rules of Civil Procedure upon the same terms and conditions as outlined in this Default Judgment and Final Order of Forfeiture.

**SO ORDERED**, this 12th day of March, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA