AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-158

APPROXIMATELY THREE PIT BULL-TYPE DOGS SEIZED FROM 105 KUWE TRAIL, GUYTON, GEORGIA,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's March 12, 2024 Order granting the United States' Motion for Default Judgment and Final Order of Forfeiture, the Defendant Dogs are hereby forfeited to the United States of America, and all right, title, claim and interest to the Defendant Dogs by Perry Powell and Brian Nelson, their heirs, successors and assigns, and all other persons and entities are vested in the United States of America; and Perry Powell and Brian Nelson, their heirs, successors and assigns, and all other persons and entities are forever barred from asserting a claim against the Defendant Dogs.  This case stands closed.

Approved by: _____

March 15, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk